| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Denischia Dawn DeCou** | Social Security number or ITIN  **xxx–xx–3368** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter  **7**   **11/12/19** |
| Case number: | **19–13070 Section A Office Code:  2** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Denischia Dawn DeCou | | |
| 2. | **All other names used in the last 8 years** | aka Denischia Williams | | |
| 3. | **Address** | 1832 Burnley Drive<br>Marrero, LA 70072 | | |
| 4. | **Debtor's attorney**<br>Name and address | Andrea M. Jeanmarie<br>Southeast Louisiana Legal Services<br>2439 Manhattan Boulevard<br>Suite 103<br>Harvey, LA 70058 | | Contact phone (504) 374–0977<br><br>Email: ajeanmarie@slls.org |
| 5. | **Bankruptcy trustee**<br>Name and address | Barbara Rivera–Fulton<br>P.O. Box 19980<br>New Orleans, LA 70179 | | Contact phone (504) 373–5592<br><br>Email: barbararfulton2015@gmail.com ––> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court Eastern District of Louisiana Hale Boggs Federal Building 500 Poydras Street, Suite B–601 New Orleans, LA 70130 | Hours open: 8:30 – 4:30 Monday – Friday  Contact phone (504) 589–7878  Date: 11/12/19 |
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 20, 2019 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location: **F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case. **NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST. | |
| **8. Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/18/20** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                             United States Bankruptcy Court
                              Eastern District of Louisiana
In re:                                                                   Case No. 19-13070-MSG
Denischia Dawn DeCou                                                     Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 053L-2          User: admin                 Page 1 of 2          Date Rcvd: Nov 13, 2019
                              Form ID: 309A               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Denischia Dawn DeCou,    1832 Burnley Drive,    Marrero, LA 70072-4520
smg            +Collector of Revenue,    City of New Orleans,    Department of Finance,
                 1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
                 Baton Rouge, LA 70896-6658
smg             U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
                 New Orleans, LA 70130-7212
3775783        +Certified Bureau,    4621 W. Napoleon 205,    Metairie, LA 70001-2482
3775785        +Certified Bureau of the,    2424 Edenborne, Ste 2540,    Metairie, LA 70001-6456
3775786         Certified Bureau of the South, Inc.,    PO Box 113060,    Metairie, LA 70011-3060
3775792        +Enhanced Recovery Corporation,    PO Box 5747,    Jacksonville, FL 32247-5747
3775796        +Jefferson Capital Systems,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
3775797        +Jefferson Radiology,    4520 Wichers Drive, Suite 201,    Marrero, LA 70072-3134
3775799        +Judicial & Justice Federal Credit Union,    600 S. Maestri Street, Room 801,
                 New Orleans, LA 70130-3423
3775802        +New Orleans Physician Services, Inc.,    1300 Godward St NE,    Suite 5000,
                 Minneapolis, MN 55413-3075
3775803         New Orleans Physician Svcs,    PO Box 733530,    Dallas, TX 75373-3530
3775806        +Southern Credit Recovery,    3228 6th St.,    Metairie, LA 70002-1677
3775808         The CBE Group,    PO Box 2337,    Waterloo, IA 50704-2337
3775809        +The City of New Orleans,    PO Box 62948,    New Orleans, LA 70162-2948
3775811        +Verizon Wireless,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
3775812         Vital Recovery Services, LLC,    PO Box 923748,    Norcross, GA 30010-3748
3775819         WJHCL-NOPS Inc,    1111 Medical Center Blvd,    Marrero, LA 70072-3151
3775813        +West Jefferson Medical Center,    C,   O Central Billing,    P.O. Box 7848,
                 Metairie, LA 70010-7848
3775814         West Jefferson Medical Center,    PO Box 7848,    Metairie, LA 70010-7848
3775815         West Jefferson Medical Center,    Post Office Box 919266,    Dallas, TX 75391-9266
3775816         West Jefferson Physician Service,    1511 Medical Center Blvd.,    Metairie, LA 70002
3775817         West Jefferson Physician Services,    PO Box 919245,    Dallas, TX 75391-9245
3775818        +Westbank Womens Health,    1111 Medical Center Blvd,    Ste 250,    Marrero, LA 70072-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ajeanmarie@slls.org Nov 13 2019 19:54:28     Andrea M. Jeanmarie,
                 Southeast Louisiana Legal Services,    2439 Manhattan Boulevard,    Suite 103,
                 Harvey, LA 70058
tr             +EDI: BBRIVERAFULTON.COM Nov 14 2019 00:53:00      Barbara Rivera-Fulton,    P.O. Box 19980,
                 New Orleans, LA 70179-0980
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Nov 13 2019 19:54:47      Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
ust            +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Nov 13 2019 19:54:42      Office of the U.S. Trustee,
                 400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3775780        +EDI: ATTWIREBK.COM Nov 14 2019 00:53:00      AT&T - Bankruptcy Department,
                 4331 Communications Dr.,    Floor 4W,    Dallas, TX 75211-1300
3775782        +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 13 2019 19:54:58      CBE Group, Inc.,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
3775781         EDI: CAPITALONE.COM Nov 14 2019 00:53:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
3775789        +EDI: CHASE.COM Nov 14 2019 00:53:00      Chase Bank,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
3775790        +EDI: CHASE.COM Nov 14 2019 00:53:00      Chase Bank/ JP Morgan Chase,    270 Park Avenue,
                 New York, NY 10017-2070
3775791         EDI: ESSL.COM Nov 14 2019 00:53:00      Dish Network,    PO Box 94063,    Palatine, IL 60094-4063
3775793        +E-mail/Text: credit7@entergy.com Nov 13 2019 19:54:30      Entergy,    639 Loyola Ave,
                 New Orleans, LA 70113-7106
3775794         EDI: AMINFOFP.COM Nov 14 2019 00:53:00      First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
3775795        +EDI: PHINAMERI.COM Nov 14 2019 00:53:00      GM Financial,    PO Box 181145,
                 Arlington, TX 76096-1145
3775798         E-mail/Text: alundquist@hapusa.com Nov 13 2019 19:55:01     Jefferson Radiology,    PO Box 6750,
                 Portsmouth, NH 03802-6750
3775800         E-mail/Text: med1bknotice@med1solutions.com Nov 13 2019 19:54:58      MED-1 Solutions, LLC,
                 517 US Highway 31 N,    Greenwood, IN 46142-3932
3775805        +E-mail/Text: Supportservices@receivablesperformance.com Nov 13 2019 19:55:03
                 Receivables Performance Management, LLC,    20816 44th Ave. W.,    Lynnwood, WA 98036-7744
3775810        +EDI: VERIZONCOMB.COM Nov 14 2019 00:53:00      Verizon Wireless,    P.O. Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                              TOTAL: 17
```

```
District/off: 053L-2            User: admin              Page 2 of 2             Date Rcvd: Nov 13, 2019
                                Form ID: 309A            Total Noticed: 42


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3775784*        +Certified Bureau,    4621 W. Napoleon 205,    Metairie, LA 70001-2482
3775787*         Certified Bureau of the South, Inc.,    PO Box 113060,    Metairie, LA 70011-3060
3775801*         MED-1 Solutions, LLC,    517 US Highway 31 N,    Greenwood, IN 46142-3932
3775804*         New Orleans Physician Svcs,    PO Box 733530,    Dallas, TX 75373-3530
3775807*        +Southern Credit Recovery,    3228 6th St.,    Metairie, LA 70002-1677
3775788        ##+Certified Bureau of the South, Inc.,    4621 W Napoleon 205,    Metairie, LA 70001-2482
                                                                                    TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0