## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. |
| **Denischia Dawn DeCou,** | **19-13070** |
| DEBTOR. | CHAPTER 7 |

### ORDER

The Court having reviewed the record and pleadings and finding that a conflict exists;

**IT IS ORDERED** *sua sponte* that the above referenced bankruptcy case is hereby transferred to the docket of Bankruptcy Judge Douglas Dodd in the Middle District of Louisiana.

New Orleans, Louisiana, December 9, 2019.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE